IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EIAN HENLEY, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-22 |
| v. | |
| MS. MCGREGOR; LT. BLACK; and TREVONZA BOBBITT, | |
| Defendants. | |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 9.) Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendant Bobbitt. Plaintiff's claims against Defendants McGregor and Black remain pending. (Doc. 10.)

**SO ORDERED**, this 18th day of January, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA